# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEST TIRE AND SERVICE CENTERS, LLC, A CALIFORNIA LIMITED LIABILITY CORPORATION, DBA,<br><br>        Plaintiff,<br><br>v.<br><br>THE GOODYEAR TIRE & RUBBER COMPANY, an Ohio Corporation, and DOES 1 through 50,<br><br>        Defendant. | Case No.: 2:16-cv-06370-AB (JPRx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>Assigned to the Hon. André Birotte Jr. |

On February 15, 2017, the Court GRANTED Defendant The Goodyear Tire & Rubber Company's Motion to Dismiss Plaintiff Best Tire and Service Centers, LLC's Complaint with prejudice and DISMISSED the action. (DKT NO. 27).

Accordingly, Judgment is hereby entered in favor of Defendant.

DATED: March 15, 2017

_____
HON. ANDRÉ BIROTTE JR.

[~~PROPOSED~~] JUDGMENT